Appellate Docket Number: 6-15-00178-CR

Appellate Case Style: Style: Louanne Larson

Vs. State of Texas

RECEIVED IN
The Court of Appeals
Sixth District

OCT 2 6 2015

Texarkana, Texas
Debra Autrey, Clerk

FILED IN
The Court of Appeals
Sixth District

OCT 2 6 2015

Texarkana, Texas
Debra K. Autrey, Clerk

Companion Case: 10,846

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court: 

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: Louanne Larson | ☐ Lead Attorney |
| Middle Name: | First Name: |
| Last Name: Larson | Middle Name: |
| Suffix: | Last Name: |
| Appellant Incarcerated? ☒ Yes ☐ No | Suffix: |
| Amount of Bond: | ☐ Appointed    ☐ District/County Attorney |
| Pro Se: ☒ | ☐ Retained    ☐ Public Defender |
|  | Firm Name: |
|  | Address 1: |
|  | Address 2: |
|  | City: |
|  | State: Texas    Zip+4: |
|  | Telephone:    ext. |
|  | Fax: |
|  | Email: |
|  | SBN: |
|  | Add Another Appellant/ Attorney |

October 21, 2015

Dear District Clerk;

Enclosed is the Docketing Statement. Thank you so much for sending it to me, as well as assigning a docket number. The blanks that are left were because I wasn't sure of the answer or had no means to find out. If you have any questions, please just ask.

RECEIVED IN
The Court of Appeals
Sixth District

OCT 2 6 2015

Texarkana, Texas
Debra Autrey, Clerk

Yours truly,

Louanne Larson #649981
Mountain View Unit
2305 Ransom Rd.
Gatesville, Texas 76528

Larson 649981

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|

**III. Appellee**

First Name: [ ]

Middle Name: [ ]

Last Name: [ ]

Suffix: [ ]

Appellee Incarcerated?  ☐ Yes ☐ No

Amount of Bond: [ ]

Pro Se: ○

**IV. Appellee Attorney(s)**

☒ Lead Attorney

First Name: Angela

Middle Name: Rene

Last Name: Smoak

Suffix: [ ]

☐ Appointed    ☒ District/County Attorney

☐ Retained     ☐ Public Defender

Firm Name: [ ]

Address 1: 102 W. Austin

Address 2: [ ]

City: Jefferson

State: Texas     Zip+4: 75657-0276

Telephone: 903-665-2611    ext. [ ]    7

Fax: [ ]

Email: [ ]

SBN: 00797466

Add Another Appellee/Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Capital murder

Type of Judgment: Life, 35 calendar yrs.

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: [ ]

Offense charged: Capital_murder

Date of offense: 30-08-92

Defendant's plea: Not guilty

If guilty, does defendant have the trial court's certificate to appeal?

☐ Yes ☐ No

Was the trial by:  ☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court: [ ]

If mailed to the trial court clerk, also give the date mailed : [ ]

Punishment assessed: [ ]

Is the appeal from a pre-trial order?  ☐ Yes ☐ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes ☐ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial:  ☒ Yes ☐ No   If yes, date filed: 10-13-15

Motion in Arrest of Judgment: ☒ Yes ☐ No   If yes, date filed: 10-13-15

Other:  ☒ Yes ☐ No   If yes, date filed: 02/03/15

If other, please specify: Motion for Trace Evidence Search and Forensic DNA Testing of Evidence

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed:  ☐ Yes ☐ No ☒ NA   If yes, date filed: [ ]

Date of hearing: [ ]   ☐ NA

Date of order: [ ]   ☐ NA

Ruling on motion:  ☐ Granted ☐ Denied ☐ NA   If granted or denied, date of ruling: [ ]

# VIII. Trial Court And Record

**Court:** 115th Judicial District Court

**County:** Marion

**Trial Court Docket Number (Cause no):**

**Trial Court Judge (who tried or disposed of the case):**

**First Name:** Lauren

**Middle Name:** L.

**Last Name:** Parish

**Suffix:**

**Address 1:** 405 Titus St.

**Address 2:** P.O. Box 1052

**City:** Gilmer

**State:** Texas   **Zip + 4:** 75644

**Telephone:** 903-843-2836   ext.

**Fax:**

**Email:**

**Clerk's Record:**

**Trial Court Clerk:** ☒ District   ☐ County

**Was clerk's record requested?** ☒ Yes ☐ No

**If yes, date requested:**

**If no, date it will be requested:**

**Were payment arrangements made with clerk?**

☐ Yes   ☐ No   ☐ Indigent

---

**Reporter's or Recorder's Record:**

**Is there a reporter's record?** ☒ Yes ☐ No

**Was reporter's record requested?** ☒ Yes ☐ No

**Was the reporter's record electronically recorded?** ☒ Yes ☐ No

**If yes, date requested:** After trial 1993

**Were payment arrangements made with the court reporter/court recorder?** ☐ Yes ☐ No ☒ Indigent

---

☐ Court Reporter      ☐ Court Recorder
☐ Official            ☐ Substitute

**First Name:**

**Middle Name:**

**Last Name:**

**Suffix:**

**Address 1:**

**Address 2:**

**City:**

**State:** Texas   **Zip + 4:**

**Telephone:**   ext.

**Fax:**

**Email:**

## IX. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: 06-94-0042-CR, 06-04-00056-CR
12-40808

Court: Sixth COA
Fifth Circuit

Style: Louanne Larson

Vs. State of Texas

## X. Signature

*Louanne Larson*

Signature of counsel (or (Pro Se) Party)

Date: 10-21-2015

*Louanne Larson*

Printed Name:

State Bar No:

Electronic Signature:
(Optional)

Name:

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on 10-21-2015 .

*Louanne Larson*

Signature of counsel (or pro se party)

Electronic Signature:
(Optional)

State Bar No.:

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

     (1) the date and manner of service;

     (2) the name and address of each person served, and

     (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: Feb. 3, 2015

Manner Served: Postal Mail

First Name: Angela Smoak

Middle Name: Rene

Last Name: Smoak

Suffix:

Law Firm Name: Government Attorng

Address 1: 102 W. Austin, Jefferson Tx

Address 2:

City:

State Texas     Zip+4: 75657

Telephone: 903-663-2611 ext.

Fax:

Email: